DAVID McCLURE, as Receiver of THE LIFE UNION, Appellant, *v.* WAYLAND TRASK, Respondent.

Reported below, 20 App. Div. 466.
(Argued February 28, 1898; decided March 8, 1898.)

MOTION to amend return on appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered August 12, 1897, sustaining defendant's exceptions ordered to be heard in the first instance in the Appellate Division, setting aside a verdict in favor of plaintiff and granting a new trial.

*W. S. Maddox* for motion.

*Herbert B. Turner* opposed.

Motion denied, with ten dollars costs.